IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

James Lee McClain Et aL
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

1) madison county Sherriffs
Dept.
2) State of tennissee.

(Enter above the full name of the defendant
or defendants in this action.)

RECEIVED BY

DEC 10 2018

_____, Clerk
_____ Court
_____ Jackson

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.  Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

      Plaintiffs: _____

      Defendants: _____

      2. Court (if federal court, name the district; if state court, name the county): _____

      3. Docket Number: _____

      4. Name of judge to whom case was assigned: _____
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

      6. Approximate date of filing lawsuit: _____

      7. Approximate date of disposition: _____

II.  Place of Present Confinement: 515 s liberty st Madison County Jail   Jackson TN 38301
    A. Is there a prisoner grievance procedure in the institution?
                                                              Yes (X)  No ( )
    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes (X)  No ( )
    C. If your answer is Yes:
       1. What steps did you take? Filed a Grievance Paper grievance Nov. 2018
       2. What was the result? to no Avail Never heard anything Denied Access to Grievances to other Agencies and or other personell
    D. If your answer is No, explain why not: _____

III. Parties
    (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.) Larry D Horton, Wayne Luster, Tyrone Lee
    A. Name of Plaintiff James McClain, Curtis McTizic, William Hayes, Wesley Chidwell, James Kerr, Larry McBride, Torrence Douglas, Natrasken Love, Pacheco Lopez, Antonio Blaylock
       Address 515 s. Liberty, Jackson, TN 38301
       Jonathan Staten, Oris Chapman, Markus Murray, Orlando Whisnant

    (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)  All
    B. Defendant Madison County Sherriffs Dept employees is employed as Sherriffs Sherriffs and its representatives/employees
       at 515 s Liberty st. Jackson, TN 38301

    C. Additional Defendants: State of Tennessee and its proper representatives/employees

IV. Statement of Claim

    State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

    The Madison County Sherriffs Dept and its employees/representatives and the State of Tennessee employees and its representatives subjected the plaintiffs herein described but not limited to All the above mentioned plaintiffs to cruel and unusual punishment their is mold and mildew on the walls, floors, and ceilings here in Madison County jail cracks in the walls in multiple cell blocks and or pods or cells. overpopulated by at least 6-10 inmates per cell block or pod. some inmates are forced to sleep on the floor with or without mat and or blankets, Not enough tables or seating to eat at tables has chipped paint along with the feed trap. Forced to live and eat under animal conditions on the floor etc. see additional sheet of paper for continued statement of claim etc

                                -2-                           Revised 4/18/08

V.  Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Condemn the Madison County Jail Immediately Compel the Sherriffs Dept and or the State of Tennessee to tear it down or Immediately fix it. To compel the Madison County Sherriffs Dept and the State of Tennessee to stop over population, Compel Sherriffs Dept and State of Tennessee to kill the mold and mildew have every inmate health checked for breathing the mold and mildew by qualified doctors free of charge to paint tables and food trap, put more tables in pods or cell blocks so that inmates dont have to eat off floor, build bunks for all inmates to sleep on. Provide mats and Blankets for all inmates. Fine the sherriffs dept enormously and the state and award the plaintiffs for pain and suffering, mental anguish etc of the amount totaling 50 million dollars.

VI. Jury Demand
I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this __3__ day of __December__, 20__18__.

_James McA) et al_

(Signature of Plaintiff/Plaintiffs)