

LR16.2 TR2,PSP,PSP2

strict Court
of Tennessee (Jackson)
ASE #: 1:18-cv-01241-JDT-cgc
al Use Only

Date Filed: 12/10/2018
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

represented by **James Lee McClain**
Madison County Jail
515 S. Liberty St.
Jackson, TN 38301
PRO SE

represented by **Larry D. Horton**
Madison County Jail
515 S. Liberty St.
Jackson, TN 38301
PRO SE

represented by **Natrasken Love**
Madison County Jail
515 S. Liberty St.
Jackson, TN 38301
PRO SE

represented by **Wayne Luster Boykin, Jr.**
Madison County Jail
515 S. Liberty St.
Jackson, TN 38301
PRO SE

represented by **William Hayes**
Madison County Jail
515 S. Liberty St.
Jackson, TN 38301
PRO SE

represented by **Torrence Douglas**
Madison County Jail
515 S. Liberty St.
Jackson, TN 38301
PRO SE

Plaintiff
**Tyrone Lee**

represented by **Tyrone Lee**
Madison County Jail
515 S. Liberty St.